# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149791

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 149791
                                    COA: 319527
JAMES WASHINGTON, III,              Saginaw CC: 99-017628-FC
       Defendant-Appellant.

_____/

By order of February 3, 2015, the application for leave to appeal the June 3, 2014 order of the Court of Appeals was held in abeyance pending the decision in *Toca v Louisiana*, cert gtd ___ US ___; 135 S Ct 781; 190 L Ed 2d 649 (2014). On order of the Court, the writ of certiorari in *Toca* having been dismissed, ___ US ___; 135 S Ct 1197; 191 L Ed 2d 149 (2015), the application is again considered. It appearing to this Court that the case of *Montgomery v Louisiana*, cert gtd ___ US ___; ___ S Ct ___; ___ L Ed 2d ___ (2015), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



Clerk

s0420